733 A.2d 491

FELICIANO SANTIAGO, PLAINTIFF–MOVANT, v. HOBOKEN
HOUSING AUTHORITY, DEFENDANT–RESPONDENT.

March 10, 1999.

ORDERED that the motion for reconsideration is granted, and the Order of February 24, 1999, denying the petition for certification is vacated.

733 A.2d 491

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LORI FERRO, DEFENDANT–MOVANT.

March 16, 1999.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits in the light of *State v. Anthony Caliguiri,* 158 *N.J.* 28, 726 *A.*2d 912 (1999); and it is further

ORDERED that the motion for a stay (M–748) is granted pending the disposition of the appeal in the Appellate Division.

733 A.2d 491

A, ETC., PLAINTIFF, v. B, DEFENDANT, v. HILL WALLACK,
ETC., DEFENDANTS–THIRD PARTY MOVANTS.

April 15, 1999.

Leave to appeal is granted.